ALBERT Q. GIANG, SBN 224332
   agiang@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: 213.443.4310

Attorneys for Defendants
TikTok Inc. and ByteDance Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# CENTRAL DIVISION

| | |
|---|---|
| CHRISTINA ARLINGTON SMITH, *individually and as successor-in-interest to* LALANI WALTON, Deceased, and HERIBERTO ARROYO, *individually and as successor-in-interest to* ARRIANA JAILEEN ARROYO, Deceased, and CHRISTAL ARROYO, *Individually*,<br><br>Plaintiffs,<br><br>vs.<br><br>TIKTOK INC.; BYTEDANCE INC.; and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. 2:22-cv-04551-KS<br><br>Assigned to Hon. Karen L. Stevenson<br><br>**DEFENDANTS TIKTOK INC. AND BYTEDANCE INC.'S WITHDRAWAL OF NOTICE OF REMOVAL DKT. #1** |

**DEFENDANTS TIKTOK INC. AND BYTEDANCE INC.'S WITHDRAWAL OF NOTICE OF REMOVAL**

Defendants TikTok Inc. and ByteDance Inc. (collectively, Defendants) hereby voluntarily withdraw the recently-filed Notice of Removal (ECF 1). Although Defendants had a good faith belief that there were proper grounds for the Notice of Removal at the time of filing, they have since received additional information and have concluded that the matter should be remanded.

Accordingly, Defendants withdraw the Notice of Removal and respectfully request that this Court deem the Notice of Removal withdrawn and this action remanded to state court. Because Defendants had not yet given notice of removal to the clerk of the state court, no further action is required.

Dated: July 6, 2022

/s/ Albert Q. Giang
ALBERT Q. GIANG, SBN 224332
agiang@kslaw.com
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: 213.443.4310

*Counsel for Defendants*
*TikTok Inc. and ByteDance Inc.*